GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 0 1 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.   CR-24-1617-PHX-DJH (JZB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:   18 U.S.C. § 924(a)(1)(A) |
| Israel Higuera Santiesteban, | (False Statement During the Purchase of a Firearm) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

On or about January 13, 2023, in the District of Arizona, Defendant ISRAEL HIGUERA SANTIESTEBAN knowingly made a false statement and representation to AV AZ Firearms, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of AV AZ Firearms, in that Defendant ISRAEL HIGUERA SANTIESTEBAN executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  October 1, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 2 -